ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
          wwong@grsm.com

*Attorneys for Park Bonanza East Townhouse Owners Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, | Case No.: 2:19-cv-00968-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (ECF NO. 1)** |
| PARK BONANZA EAST TOWNHOUSE OWNERS ASSOCIATION, INC. | |
| Defendant. | |

**TO THE HONORABLE COURT:**

Plaintiff DITECH FINANCIAL, LLC ("Ditech") and Defendant PARK BONANZA EAST TOWNHOUSE OWNERS ASSOCIATION ("Park Bonanza"), by and through their counsel of record, hereby agree and stipulate to the following:

1) Ditech filed its Complaint with this Court on June 6, 2019.

2) Ditech served its Complaint on Park Bonanza in this matter on June 14, 2019.

3) Park Bonanza's deadline to respond to Ditech Complaint is currently July 5, 2019.

4) Park Bonanza recently retained counsel, and the parties are exploring early settlement potentials.

-1-

5) In order to provide Park Bonanza sufficient time to prepare its response to Ditech's Complaint, and to allow time for the parties to discuss potential resolution, the parties stipulate that Park Bonanza may have until **August 5, 2019** to file its response to the Complaint.

Dated this 25th day of June, 2019.

| GORDON REES SCULLY MANSUKHANI, LLP | WRIGHT FINLAY ZAK, LLP |
|---|---|
| */s/ Wing Yan Wong* <br> Robert S. Larsen, Esq. <br> Nevada Bar No. 7785 <br> Wing Yan Wong, Esq. <br> Nevada Bar No. 13622 <br> 300 South Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 | */s/ Christina V. Miller* <br> Matthew S. Carter, Esq. <br> Nevada Bar No. 9524 <br> Christina V. Miller, Esq. <br> Nevada Bar No. 12448 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 |
| *Attorneys for Park Bonanza East Townhouse Owners Association* | *Attorneys for Ditech Financial, LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 26, 2019