WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PARK BONANZA EAST TOWNHOUSE OWNERS ASSOCIATION, INC.,<br><br>Defendant. | Case No.: 2:19-cv-00968-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 9]** |

Plaintiff Ditech Financial, LLC ("Ditech") and Defendant Park Bonanza East Townhouse Owners Association, Inc. (the "HOA"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 5, 2019, the HOA filed a Motion to Dismiss Ditech's Complaint. ECF No. 9.

WHEREAS, the current deadline for Ditech to respond to the Motion to Dismiss is set for August 19, 2019.

WHEREAS, counsel for Ditech will be out of the office from August 14, 2019 through August 18, 2019, and has discussed with the HOA's counsel a request for brief extension of time to respond to the HOA's Motion to Dismiss. The parties are also continuing to explore settlement possibilities.

WHEREFORE, based on the foregoing,

///

IT IS HEREBY STIPULATED AND AGREED that the deadline for Ditech to respond to the HOA's Motion to Dismiss [ECF No. 9] should be extended from August 19, 2019, to September 3, 2019.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 12th day of August, 2019.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 12th day of August, 2019.<br>GORDON REES SCULLY MANSUKHANI, LLC |
| */s/ Christina V. Miller, Esq.*<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Ditech Financial LLC* | */s/ Wing Yan Wong, Esq.*<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 South Fourth Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorneys for Defendant, Park Bonanza East Townhouse Owners Association* |

**IT IS SO ORDERED.**

DATED August 14, 2019.

_____
UNITED STATES DISTRICT JUDGE