ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for Park Bonanza East Townhouse Owners Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PARK BONANZA EAST TOWNHOUSE OWNERS ASSOCIATION, INC.<br><br>　　　　Defendant. | Case No.: 2:19-cv-00968-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS (ECF NO. 12)**<br><br>**First Request** |

**TO THE HONORABLE COURT:**

Plaintiff DITECH FINANCIAL, LLC ("Ditech") and Defendant PARK BONANZA EAST TOWNHOUSE OWNERS ASSOCIATION ("Park Bonanza"), by and through their counsel of record, hereby agree and stipulate to the following:

1)　This is the first stipulation for the extension of time for Park Bonanza to file its Reply to Ditech's Response to the Motion to Dismiss (ECF No. 12).

2)　Ditech filed its Response to Park Bonanza's Motion to Dismiss on September 3, 2019. (ECF No. 12.)

3)　Park Bonanza's Reply to the Response is currently due on September 10, 2019.

///

///

///

4) Park Bonanza requests additional time to further evaluate and prepare its response to Ditech's arguments and has discussed this request for a brief extension with Ditech's counsel.

5) The parties hereby stipulate that Park Bonanza may have until **September 17, 2019** to file its Reply.

Dated this 9th day of September, 2019.

| GORDON REES SCULLY MANSUKHANI, LLP | WRIGHT FINLAY ZAK, LLP |
|---|---|
| */s/ Wing Yan Wong* | */s/ Christina V. Miller* |
| Robert S. Larsen, Esq. | Matthew S. Carter, Esq. |
| Nevada Bar No. 7785 | Nevada Bar No. 9524 |
| Wing Yan Wong, Esq. | Christina V. Miller, Esq. |
| Nevada Bar No. 13622 | Nevada Bar No. 12448 |
| 300 South Fourth Street, Suite 1550 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, Nevada 89101 | Las Vegas, NV 89117 |
| *Attorneys for Park Bonanza East Townhouse Owners Association* | *Attorneys for Ditech Financial, LLC* |

**IT IS SO ORDERED:**

UNITED STATES DISTRICT COURT JUDGE

**DATED:** September 10, 2019