UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No. 2:19-CV-968 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| PARK BONANZA EAST TOWNSHOUSE OWNERS ASSOCIATION, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Ditech Financial LLC v. Park Bonanza East Townhouse Owners Ass'n, Inc.*, case number 2:19-cv-00968-JCM-BNW.

Plaintiff Ditech Financial LLC initiated this lawsuit against defendant Park Bonanza East Townhouse Owners Association, Inc. on June 6, 2019. (ECF No. 1). On November 1, 2019, the parties filed a notice of settlement stating that the parties have reached an agreement to settle all claims in this action, and that "[t]he Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice." (ECF No. 21). Though the parties' anticipated sixty day period for performance of the settlement agreement has now passed, the parties have not filed a stipulation to dismiss this matter.

The court therefore orders the parties to file a joint status report within fourteen (14) days of the date of this order indicating the status of the settlement agreement.

Accordingly,

IT IS SO ORDERED.

DATED February 19, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**