# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No. 2:19-CV-968 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| PARK BONANZA EAST TOWNSHOUSE OWNERS ASSOCIATION, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Ditech Financial LLC v. Park Bonanza East Townhouse Owners Association, Inc.*, case number 2:19-cv-00968-JCM-BNW. On March 4, 2020, pursuant to this court's order (ECF No. 22), the parties filed a joint status report (ECF No. 23). The parties represented that they have reached a settlement in this action, but they "request an additional 60 days to complete the settlement and submit dismissal documents to the [c]ourt." (ECF No. 23 at 2).

In light of the parties' pending settlement, the court dismisses defendant's pending motion to dismiss (ECF No. 9) without prejudice as moot and instructs the parties to file a stipulation to dismiss this action on or before May 4, 2020.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 9) be, and the same hereby is, DENIED without prejudice.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before May 4, 2020. If the parties have not finalized their settlement agreement, they are instructed to file a status report on or before May 4, 2020.

DATED March 23, 2020.

_____
UNITED STATES DISTRICT JUDGE